ANNETTE B. MARKOE, Respondent, *v.* TIFFANY & COMPANY, Appellant.

*Markoe* v. *Tiffany & Co.*, 26 App. Div. 95, affirmed.
(Argued April 6, 1900; decided May 15, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 1, 1898, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon a verdict, and affirming an order denying a motion for a new trial.

*Charles E. Miller* for appellant.

*Flamen B. Candler* and *Robert W. Candler* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: GRAY, HAIGHT, LANDON, CULLEN and WERNER, JJ. Not voting: PARKER, Ch. J., and O'BRIEN, J.

---

H. KOEHLÉR & COMPANY, Respondent, *v.* JAMES W. BRADY, Appellant.

*Koehler & Co.* v. *Brady*, 22 App. Div. 624, affirmed.
(Argued April 30, 1900; decided May 15, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William E. Wyatt* for appellant.

*Emanuel J. Myers* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.